No. 02-6950. VALDERRAMA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-6965. WOODS v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-6983. N'GUESSAN ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 02-6985. HAYMAN v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-6991. PRATTS v. FAUNCE ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-7003. FRANKLIN v. BOCK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-7007. ATKINSON v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 02-7028. JOHNSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02-7031. SALADINO v. SENKOWSKI, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02-7041. GRISSO v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02-7049. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-7062. MOSS v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 02-7065. DIXON, AKA MOHHOMMED v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-7066. NORTON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.